**No. 09-7554. Dwayne Brown, Petitioner v. David Rock, Superintendent, Great Meadow Correctional Facility, et al.**

559 U.S. 1031, 130 S. Ct. 1881, 176 L. Ed. 2d 403, 2010 U.S. LEXIS 2529.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 577 F.3d 107.